**Order entered November 14, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01113-CV

**DEANINE REED, Appellant**

**V.**

**JEREMY SIMMONS AND CECILIA SIMMONS, Appellees**

**On Appeal from the County Court at Law No. 2
Dallas County, Texas
Trial Court Cause No. CC-17-03554-B**

## ORDER

On the Court's own motion, we **REMOVE** this appeal from submission on November 28, 2018. The appeal will be resubmitted in the first quarter of 2019.

/s/     ELIZABETH LANG-MIERS
PRESIDING JUSTICE